**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JAMIE CRUZ,**

**Petitioner,**

**v.**

**Case No. 2:26-cv-269**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Peter B. Silvain, Jr.**

**WARDEN ROSS CORRECTIONAL INSTITUTION,**

**Respondent.**

**ORDER**

On July 29, 2026, the Magistrate Judge issued a Report and Recommendations, which recommended that *pro se* Petitioner Jamie Cruz's petition for a writ of habeas corpus under 28 U.S.C. § 2254 be dismissed without prejudice for failure to prosecute and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 5.) The Court gave Petitioner two opportunities to rectify his *in forma pauperis* motion—through a Deficiency Notice (ECF No. 3) and an Order to Show Cause (ECF No. 4)—but he did not do so.

Despite this procedural history, as well as being advised of his right to object in the Magistrate Judge's Report and Recommendations and of the consequences of failing to do so (ECF No. 5, PageID 22), Petitioner did not file an objection. Failure to object results in a forfeiture of the right to have the District Judge review the Report and Recommendations de novo and operates as a forfeiture of the right to appeal the decision of the District Court adopting the Report and Recommendations (*Id.*). *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019); *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Thus, the Court **ADOPTS AND AFFIRMS** (ECF No. 5) the Report and Recommendations. The action is **DISMISSED without prejudice**. The Court also **DENIES** (ECF No. 1) Petitioner Jamie Cruz's Motion for Leave to Proceed *in forma pauperis*. The Court **CERTIFIES** under 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith.

The Clerk is **DIRECTED** to enter judgment and close this case.

**IT IS SO ORDERED**.

**10/28/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**